UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VALENTE TREJO,

    Plaintiff,

v.                                                    Case No: 2:20-cv-104-SPC-NPM

GMZ MASONRY &
CONCRETE, INC.,

    Defendant.
_____/

### **ORDER**[1]

Before the Court is a review of the file. The parties settled the merits of this case in May 2020, but they could not agree on attorney's fees. So the Court withheld judgment and reserved jurisdiction to resolve attorney's fees. (Doc. 9). The parties litigated attorney's fees and costs, which the Court just ruled on. (Doc. 18). With no remaining matters to address, the Court will enter judgment in favor of Plaintiff.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

1. The Clerk is **DIRECTED** to enter judgment **in favor of Plaintiff in the amount of $640.50**, along with **$1,157.50 in attorney's fees and $450.00 in costs**.

2. The Clerk is **DIRECTED** to terminate any pending motions or deadlines and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on February 17, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record